District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDELRAHMAN RIHAN, | No. 2:23-cv-1850-TL |
| Plaintiff, | STIPULATED MOTION TO REMAND AND DISMISS |
| v. | [PROPOSED] |
| UR M. JADDOU, *et al.*, | Note for Consideration: December 19, 2023 |
| Defendants. | |

Plaintiff Abdelrahman Rihan brought this action pursuant to 8 U.S.C. § 1447(b), seeking de novo review of his Form N-400, Application for Naturalization. The parties have reached an agreement that will resolve this case in its entirety.

The parties jointly stipulate and move this Court to remand the matter to U.S. Citizenship and Immigration Services ("USCIS"), and to dismiss this matter without prejudice, without fees or costs to either party. Once remanded, USCIS agrees to issue a decision on Plaintiff's N-400 within 14 days of the remand order. If approved, USCIS will promptly schedule an oath ceremony. Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

//

//

//

STIPULATED MOTION TO DISMISS AND REMAND
C23-1850-TL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 19, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/Alexander Baron*
ALEXANDER BARON, WSBA #47526
CAIR-WA
1511 Third Avenue, Suite 788
Seattle, WA 98101
Tel.: (206) 316-7524
Email: abaron@cair.com

*Attorneys for Plaintiff*

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION TO DISMISS AND REMAND
C23-1850-TL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

**[PROPOSED]** ORDER

IT IS HEREBY ORDERED that this case is remanded to United States Citizenship and Immigration Services ("USCIS").  USCIS shall adjudicate Petitioner's Form N-400 within 14 days.  If approved, USCIS shall promptly schedule an oath ceremony.  This matter is dismissed without prejudice and without fees or costs to either party.

DATED this 20th day of December 2023.

Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
C23-1850-TL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800